UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-8484-JFW (KSx)**　　　　　　　　　　　　Date: **December 13, 2016**

Title:   Kristina Del Rio -v- Anheuser Busch Inbev Worldwide, Inc. et al.

**PRESENT:**

　　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　　　None　　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　　DISMISSAL OF ACTION FOR FAILURE TO RESPOND TO COURT ORDER

Plaintiff filed a Complaint with the Court on November 16, 2016. On November 21, 2016, the Court issued a Text Only Entry requiring plaintiff's counsel to submit courtesy copies of all case opening documents to Chambers by November 22, 2016. On November 29, 2016 the Court issued an Order to Show Cause re Dismissal And/or Sanctions for Failure to Comply with Rules. The Order to Show Cause specifically warned Plaintiff that failure to deliver all case opening documents to Chambers by November 30, 2016 would result in this dismissal and or sanctions if good cause was not shown for any extension of time.

As of the date of this Order, Plaintiff has not delivered courtesy copies of the requested documents or otherwise responded to the Court's Order to Show Cause.  Accordingly, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.